IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELVIN BOWENS,

    Plaintiff,

v.

COLUMBUS METROPOLITAN
LIBRARY BOARD OF TRUSTEES,
ET AL.,

    Defendants.

Case No. 2:10-cv-219

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ENTRY

Upon the parties' Stipulation of Dismissal with Prejudice, and for good cause shown, this case is hereby **DISMISSED WITH PREJUDICE**. Pursuant to the parties' stipulated dismissal, the Court shall retain jurisdiction over any disputes relating to the parties' Settlement Agreement and Release, which shall be made part of the record by separate docket entry under seal.

The Clerk is directed to file the parties' Settlement Agreement and Release under seal and to strike this case from the active docket of the Court.

**IT IS SO ORDERED.**

6-28-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE